UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AQUENDIUS WALKER                                               CIVIL ACTION

VERSUS                                                         NO. 20-2661

DARREL VANNOY, WARDEN                                          SECTION "D" (2)

## ORDER

The Court, having considered *de novo* the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254,[1] the State's Response,[2] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[3] and the failure of Petitioner's to object to the Report and Recommendation,[4] approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Additionally, Rule 11(a) of the Rules Governing 28 U.S.C. § 2254 proceedings provides that, "The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right."[5] The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for

---

[1] R. Doc. 1.
[2] R. Doc. 10.
[3] R. Doc. 11.
[4] Plaintiff had fourteen days in which to file objections to the Magistrate Judge's Report and Recommendation. *See* R. Doc. 22; *see also* 28 U.S.C. § 636(b)(1). Objections were therefore due on or before June 4, 2021. Because of Plaintiff's *pro se* status, the Court waited an additional week past the June 4, 2021 deadline before adopting the Magistrate Judge's Report and Recommendation.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).
[5] 28 U.S.C. § 2253(c)(2).

that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further.[6] "Any doubt regarding whether to grant a COA is resolved in favor of the petitioner, and the severity of the penalty may be considered in making this determination."[7] After reviewing the record, the Court finds that Petitioner has not made a substantial showing of a denial of a constitutional right. The Court, therefore, denies Petitioner a certificate of appealability.

**IT IS ORDERED** that Aquendius Walker's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court **DENIES** Petitioner a certificate of appealability.

New Orleans, Louisiana, June 14, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[6] *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).
[7] *Fuller v. Johnson*, 114 F.3d 491, 495 (5th Cir. 1997); *Miller v. Johnson*, 200 F.3d 274, 280-81 (5th Cir. 2000).