UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AQUENDIUS WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2661** |
| **DARREL VANNOY, WARDEN** | **SECTION "D" (2)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation[1], hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** the United States Fifth Circuit Court of Appeals is hereby notified that that, based on information received from the Louisiana State Penitentiary, Aquendius Walker would have had to place his notice of appeal into the mailbox after mail was picked up on July 22, 2021, for it to have been received and scanned by the Legal Programs Department on July 23, 2021.

**IT IS FURTHER ORDERED** that, pursuant to the remand order, this case is hereby returned to the United States Fifth Circuit Court of Appeal for further proceedings, or dismissal, as may be appropriate.

New Orleans, Louisiana, this  7th  day of _____ March _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that objections were due by 2/25/22. Because Petitioner is pro se, the Court has allowed an additional week to file objections. None have been received as of the signing of this Order.

**CLERK OF COURT TO FORWARD COPY
OF THIS ORDER TO THE UNITED STATES
FIFTH CIRCUIT COURT OF APPEALS
COURT OF APPEALS**